# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LARRY KING,

       Plaintiff,

v.                                      CIVIL CASE NO. 05-71691
                                      HON. MARIANNE O. BATTANI

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on August 9, 2007, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that Defendant's Motion for Summary Judgement is **GRANTED. IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED.**

**IT IS SO ORDERED.**

                                                   s/Marianne O. Battani
                                                 MARIANNE O. BATTANI
                                                 UNITED STATES DISTRICT JUDGE

DATED: September 14, 2007

**CERTIFICATE OF SERVICE**

    Copies of this Order were served upon counsel of record on this date by ordinary mail and/or electronic filing.

                                                                           s/Bernadette M. Thebolt
                                                                           DEPUTY CLERK